No. 551. SOUTHERN PAPER COMPANY *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT. Error to the Supreme Court of the State of Mississippi. Motion to dismiss or affirm submitted March 7, 1921. Decided March 14, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. W. A. White* for plaintiff in error. *Mr. George Butler* for defendant in error.

---

No. 142. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY *v.* THOMAS M. REYNOLDS. Error to the Superior Court of the State of Massachusetts. Argued March 17, 1921. Decided March 21, 1921. *Per Curiam.* Affirmed with costs, upon the authority of *St. Louis Southwestern Ry. Co.* v. *Alexander*, 227 U. S. 218. *Mr. Robert G. Dodge*, with whom *Mr. Joseph M. Bryson* was on the brief, for plaintiff in error. *Mr. William E. Tucker*, with whom *Mr. Burton E. Eames* was on the brief, for defendant in error.

---

No. 210. WESTERN UNION TELEGRAPH COMPANY *v.* EUGENE E. SOUTHWICK. On a writ of certiorari to the Court of Civil Appeals for the Seventh Supreme Judicial District of the State of Texas. Submitted March 17, 1921. Decided March 21, 1921. *Per Curiam.* Reversed with costs and cause remanded for further proceedings, upon the authority of *Postal Telegraph-Cable Co.* v. *Warren-Godwin Lumber Co.*, 251 U. S. 27; *Western Union Telegraph Co.* v. *Boegli*, 251 U. S. 315. *Mr. Rush Taggart, Mr. Francis Raymond Stark* and *Mr. Joseph L. Egan* for petitioner. No appearance for respondent.